**Order entered January 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01186-CR

### KEITH ALLEN FOSTER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-80380-2014**

## ORDER

The clerk's and reporter's records have been filed in this appeal. Although the clerk's record contains an order appointing Debbie Lopez-Carr as appellant's attorney, Ms. Lopez-Carr's name was not added to the case, and thus it does not appear she has received any notices on the appeal.

Accordingly, we **DIRECT** the Clerk to add Debbie Lopez-Carr as appellant's appointed attorney of record.

We **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Debbie Lopez-Carr and to the Collin County District Attorney's Office.

/s/      LANA MYERS
JUSTICE